UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 13-20471

Honorable John Corbett O'Meara

v.

TREMAINE JOHNSON,

      Defendant.

_____/

**ORDER DENYING DEFENDANT'S SEPTEMBER 18, 2014**
**MOTION FOR JUDGMENT OF ACQUITTAL**

    This matter came before the court on defendant Tremaine Johnson's September 18, 2014 *pro se* motion for judgment of acquittal. No response was filed and no oral argument was heard.

    Pursuant to Rule 29 (c) of the Federal Rules of Criminal Procedure, a defendant may move for judgment of acquittal within 14 days after a guilty jury verdict. Defendant Johnson filed a timely motion, asserting that the evidence admitted against him at trial was insufficient to support a guilty verdict. "A defendant bringing such a challenge bears a 'very heavy burden.'" United States v. Daniel, 329 F.3d 480, 485 (6th Cir. 2003) (quoting United States v. Vannerson, 786 F.2d 221, 225 (6th Cir.

1986)). In this case there was ample evidence to support defendant Johnson's conviction.

Accordingly, it is hereby **ORDERED** that defendant Johnson's September 18, 2014 motion for judgment of acquittal is **DENIED.**

s/John Corbett O'Meara<br>United States District Judge

Date: January 22, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 22, 2015, using the ECF system and/or ordinary mail.

s/William Barkholz<br>Case Manager